25-cv-972-wmc

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WISCONSIN**

**COMPLAINT**

FILED/REC'D

2025 NOV 24 ₱ 2: 40

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

Joseph M Zloza vs Record Steel and Construction, Inc

Contract change, or baiting me, Fraud or misrepresentation in the work place.

They told job was 50 hours worked a week. Where I resigned. Told them in text message. Was like 3 hours down the road. Where they where saying something about 50 an hour. He was also saying something about supervisor didn't know.

I would like to see 10 million Dollars for just time lost, packing stuff, driving was 20 hours away one way. Just all the hours lost also due to their fraud or misrepresentation. Just the emotional, mental stress that they caused me.

JURY DEMAND

W7723 Silvernagel road

New Lisbon, Wi, 53950

6085471818